SEVERSON, Justice
(concurring in result).
[¶ 11.] I concur in the result. The Policy covers named perils including drowning, and no applicable exclusions apply. The uncontested opinion of Dr. MeCona-ghy from his postmortem examination, submitted to the court by affidavit at the summary judgment hearing, was that the cattle died from drowning. I would not find the term drowning to be ambiguous. The term only became ambiguous when the circuit court added words from dictionary definitions to a clear term in the Policy. The clear terms of the Policy do not limit drowning to submersion in water. Thus I concur in reversal and remand to the circuit court to enter summary judgment in favor of Papouseks.
[¶ 12.] WILBUR, Justice, joins this special writing.